1 | DENNIS K. BURKE
United States Attorney
2 | District of Arizona
SANDRA M. HANSEN
3 | State Bar #: 009471
ROBERT A. FELLRATH
4 | Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
5 | 405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
6 | Telephone: (520) 620-7300
E-mail: sandra.hansen@usdoj.gov
7 | robert.fellrath@usdoj.gov
Attorneys for Plaintiff

`—FILED___LODGED`
`—____COPY`
`2010 JUL 14  P 2: 40`

8

### UNITED STATES DISTRICT COURT

9

### DISTRICT OF ARIZONA

10

| United States of America, | ) | **CR10 - 1 6 9 4 TUC** |
|---|---|---|
| 11 |  )  | **VICTIM CASE** |
|  Plaintiff, | ) |  |
| 12 |  )  | **I N D I C T M E N T** |
|  v. | ) |  |
| 13 |  )  | Violation:  18 U.S.C. §111(a)(1) |
| Christina G. Faulkner, | )  |   18 U.S.C. §111 (b) |
| 14 |  )  | **(Assault on a Federal Agent)** |
|  Defendant. | ) |  |
| 15 | ) |  |

16 | **THE GRAND JURY CHARGES:**

17 | On or about July 28, 2006, at or near Fort Huachuca, in the District of Arizona,

18 | the defendant, Christina G. Faulkner, did knowingly and feloniously forcibly assault, resist,

19 | oppose, impede, intimidate, and interfere with Sergeant First Class Patrick H. Justice,

20 | United States Army, an officer of the United States or any agency thereof, while Sergeant

21 | Justice was engaged in the performance of his official duties, and did inflict bodily injury,

22 | that is, she bit Sergeant Justice on his chest near his armpit, breaking the skin, causing a

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

laceration of approximately 3 cm., in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

DENNIS K. BURKE
United States Attorney
District of Arizona

*[signature]*

Assistant U.S. Attorney

JUL 1 4 2010

Indictment - page 2
US v. Faulkner

REDACTED FOR
PUBLIC DISCLOSURE